```
 1  PATRICK T. CONNOR, Esq., Bar No. 089136
    Email Address: pconnor@deconsel.com
 2  MARGARET R. GIFFORD, Esq., Bar No. 118222
    Email Address: mgifford@deconsel.com
 3  Sally S. Frontman, Esq., Bar No. 227735
    Email Address: sfrontman@deconsel.com
 4  DeCARLO, CONNOR & SHANLEY,                    JS - 6
    a Professional Corporation
 5  533 S. Fremont Avenue, Ninth Floor
    Los Angeles, California  90071-1706
 6  Telephone (213) 488-4100
    Telecopier (213) 488-4180
 7
    Attorneys for Plaintiffs, CARPENTERS
 8  SOUTHWEST ADMINISTRATIVE CORPORATION
    and BOARD OF TRUSTEES FOR THE CARPENTERS
 9  SOUTHWEST TRUSTS
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS<br><br>                Plaintiffs,<br><br>v.<br><br>SEBO DOOR, LLC, a domestic limited liability company, doing business as SEBO DOOR; and DOES 1 through 10, inclusive,<br>                Defendants. | CASE NO. CV 07-2704-ODW (CWx)<br><br>THIRD AMENDED [~~PROPOSED~~] JUDGMENT FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Before The Honorable<br>    Otis D. Wright, II<br><br>DATE:  March 17, 2008<br>TIME:   1:30 p.m.<br>CTRM:  11<br><br>Pretrial Conference<br>Date:  April 21, 2008<br>Time:  3:30 p.m.<br><br>Trial (non-jury)<br>May 20, 2008<br>Time: 9:00 a.m. |

        This case came on for hearing on March 17, 2008 before the Honorable Otis D. Wright, II, United States District Court Judge.  An Order Granting Plaintiffs'

Motion for Summary Judgment was issued by the Court on March 17, 2008 and entered on March 25, 2008. An Amended Order Granting Plaintiffs' Motion for Summary Judgment was issued by the Court on April 4, 2008 and entered on April 7, 2008.

Having considered the papers and arguments submitted, and good cause appearing;

IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, shall have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF against SEBO DOOR, LLC, a domestic limited liability company, doing business as SEBO DOOR ("DEFENDANT"):</u>

1. For issuance of a permanent injunction restraining and enjoining DEFENDANT, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a. Complete, truthful, and accurate Employer Monthly Reports to Trustees ("Employer Monthly Reports") for the period January 25, 2005 to the present; and

    b. A declaration from a responsible employee of DEFENDANT attesting from his or her personal knowledge under penalties of perjury as to the completeness, truthfulness, and accuracy of DEFENDANT's Employer Monthly Reports from January 25, 2005 to the present.

2. For issuance of a permanent injunction restraining and enjoining DEFENDANT, for the period beginning on the date of this Court's Judgment and for so long as DEFENDANT remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to

CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a.    Complete, truthful, and accurate Employer Monthly Reports for the period beginning on the date of this Court's Judgment and continuing up to and until any valid termination of DEFENDANT's Memorandum Agreement with the Southwest Regional Council of Carpenters and Affiliated Local Unions of the United Brotherhood of Carpenters and Joiners of America ("AGREEMENT");

    b.    Complete, truthful, and accurate Employer Monthly Reports covering all employees of DEFENDANT employed during the previous month under the AGREEMENT;

    c.    A declaration from a responsible employee of DEFENDANT attesting from his or her personal knowledge under penalties of perjury as to the completeness, truthfulness, and accuracy of DEFENDANT's Employer Monthly Reports; and

    d.    A check or checks for the full amount shown as owing to each Trust on each of DEFENDANT's Employer Monthly Reports, payable as designated on DEFENDANT'S Employer Monthly Reports.

DATED: April 24, 2008      _____
                                       THE HONORABLE OTIS D. WRIGHT, II
                                       UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO, CONNOR & SHANLEY
A Professional corporation

BY:    /s/ Sally S. Frontman
      SALLY S. FRONTMAN
      Attorney for Plaintiffs,
      Carpenters Southwest Administrative
      Corporation and Board of Trustees for
      the Carpenters Southwest Trusts